A094(Rev. 8/97) Commitment to Another District

# *United States District Court*
## *District of New Jersey*

**UNITED STATES OF AMERICA**

v.

JAMES BARSOUM

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| District of New Jersey | District of Rhode Island | Mag. No. 05- 05-7158 | Crim. Case No. 1:05M144A |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A**
Complaint

**DISTRICT OF OFFENSE:** District of Rhode Island

**DESCRIPTION OF CHARGES:** 21 U.S.C. § 331(k); 21 U.S.C. § 843; 18 U.S.C. § 1347

Current Bond Status:

__ Bail fixed at and conditions were not met SEE BELOW
__ Government moved for detention and defendant detained after hearing in District of Arrest.
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

Representation: ___ Retained own counsel _X_ Federal Defender Organization __ CJA Attorney ___ None

Interpreter Required? _X_ No __ Yes Language: _____

DISTRICT OF NEW JERSEY

TO: THE UNITED STATES MARSHAL

Your are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 29, 2005
Date

Hon. Susan D. Wigenton, United States Magistrate Judge

**RETURN**

**This Commitment was received and executed as follows:**

| THIS COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. MAG. NO. 05-7158

:

JASON BARSOUM

: O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 29TH day of NOVEMBER, 2005 ,

Today only

ORDERED that STACY BIANCAMANO from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

Susan D. Wigenton
U.S. Magistrate Judge

(1)

HON. SUSAN D. WIGENTON
UNITED STATES MAGISTRATE JUDGE

Tape # ___________ Mag/Cr.# 05-7158

USA v. JASON BARSOUM Date: NOV. 29, 2005

T._ USC ___ PASSING FALSE PRESCRIPTIONS / APPEAR: ____________

COMPLT/INFORMA. Filed ____________ ORD. OF RELEASE ____________

WARR. ISSUED ____________ SURETY ____________

DEFT. ARRESTED ____________ 3rd PARTY CUSTOD. ____________
RULE 40 ____________

FINANC. AFFIDAVIT ________ DEFT. REMANDED ____________

ORDER APPOINTING FPD ____ VIOL OF SUPV. REL ____________

CJA APPOINTMENT ________

INTERPRETER SWORN VIOL OF PROB. ____________

____________ REVOCATION HRG ____________

INITIAL APPEAR ____________ CONSENT TO MAG ____________

BAIL SET ____ BAIL DENIED _____ PLEA: ____ GUILTY _______ N.G. _____

PRE LIM WAIVED ____ SET ______ TRIAL SET FOR ____________

APPEAR BOND ______ Cosigner ____ SENTENCE SET FOR ____________

AUSA PAUL MATEY DEFENSE STACY BIANCAMANO / (Today only)

Deft advised
Finan. affidavit submitted / FPD today only
Ord detention / INS detainer lodged

U.S. Department of Justice
Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

File No. A35 344 679

Date: November 28, 2005

| TO: (Name and title of institution) | FROM: (INS office address) |
|---|---|
| USMS/FDA<br>any subsequent LE Agency | U.S. ICE<br>200 Dyer Street<br>Providence, RI 02903 |

Name of alien: James BARSOUM

Date of birth: 6-13-73 Nationality: Lebanon Sex: M

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on ____________ (Date).

☒ A warrant of arrest in removal proceedings, a copy of which is attached, was served on ____________ (Date).

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

FAX - (401) 528-5562 ICE /PRO

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling 401-528-5532 during business hours or 401-640-8829 after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to ____________ (Area code and facsimile number).

Return fax to the attention of ____________ (Name of INS officer handling case), at ____________ (Area code and phone number).

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on ____________.

____________ (Signature of INS official) Special Agent (Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: ____________ Latest conviction charge: ____________

Estimated release date: ____________

Signature and title of official: ____________