AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.A.

v.

James Barsoum

APPEARANCE

CASE NUMBER: 1:05M144A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Barsoum

I certify that I am admitted to practice in this court.

12-30-05
*Date*

[signature]
*Signature*

JOHN M CICILLINE
*Print Name* *Bar Number* 3350

387 Atwells Ave
*Address*

Prov RI 02909
*City* *State* *Zip Code*

273-5600
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.