IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. CR 06 37 T |
| v. | : | |
| | : | Violations: 18 U.S.C. §1347; |
| JAMES BARSOUM | : | 21 U.S.C. § 843(a)(3). |

**INFORMATION**

The United States charges that:

**COUNT 1**

Introduction

At all times material to this Information:

1. Defendant JAMES BARSOUM was resident of the State of Rhode Island and the State of New Jersey.

2. Blue Cross Blue Shield Coordinated Health Partners of Rhode Island, Inc. ("Blue Cross") was a health care benefit program as defined in 18 U.S.C. § 24 and as that term is used in 18 U.S.C. § 1347.

3. Beginning in or about January 1, 2004, and continuing until at least in or about March 6, 2005, in the District of Rhode Island and elsewhere, the defendant, JAMES BARSOUM, knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property from a health care benefit program, by improperly causing claims for reimbursement to be submitted Blue Cross to pay for drugs fraudulent obtained by the defendant by means of forged prescriptions.

**Manner and Means**

4. It was part of the scheme and artifice to defraud that BARSOUM obtained a prescription from a doctor which he in turn copied and altered for the purpose of creating forged prescriptions.

5. It was further part of the scheme and artifice to defraud that BARSOUM used the copied and altered prescription for the purpose of creating false prescriptions that purported to be prescribed in the names of associates and family members of the defendant.

6. It was further part of the scheme and artifice to defraud that BARSOUM forged prescriptions primarily for the drug Oxycontin, a Schedule II Controlled Substance.

7. It was further part of the scheme and artifice to defraud that BARSOUM caused the false prescriptions to be submitted to unwitting pharmacists to be filled as falsely directed and endorsed.

8. It was further part of the scheme and artifice to defraud that along with the false prescriptions, BARSOUM caused insurance information of the individual falsely listed as the recipient of the prescription to be submitted to Blue Cross for reimbursement.

**Execution of the Scheme**

9. From February 20, 2004, to on or about February 23, 2005, in the District of Rhode Island and elsewhere, defendant, JAMES BARSOUM, having devised and intending to devise a scheme and artifice to defraud a health care benefit program in connection with the delivery of and payment of health care benefits, and for the purpose of executing this scheme and artifice to defraud and attempting to do so, did knowingly cause unwitting pharmacies to submit thirteen false and fraudulent claims in the amount of $8,940.04 to Blue Cross.

All in violation of 18 U.S.C. § 1347.

**COUNT 2**

On or about May 9, 2004, in the District of Rhode Island, the defendant, JAMES BARSOUM, did knowingly and intentionally acquire and obtain possession of a mixture and substance containing a detectable amount of Oxycodone, commonly referred to as Oxycontin, a Schedule II Controlled Substance, by misrepresentation, fraud, forgery and deception;

In violation of 21 U.S.C. §§ 843(a)(3).

ROBERT CLARK CORRENTE
United States Attorney

BY: ______________________
LUIS M. MATOS
Assistant U.S. Attorney

______________________
GERARD B. SULLIVAN
Criminal Chief