AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.A.

v.

James Barsoum

APPEARANCE

CASE NUMBER: CR 06-37T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for James Barsoum

I certify that I am admitted to practice in this court.

3-24-06
*Date*

[signature]
*Signature*

JOHN M CICILLINE 3350
*Print Name* *Bar Number*

387 Atwells Ave
*Address*

Prov R.I. 02909
*City* *State* *Zip Code*

273-5600
*Phone Number* *Fax Number*

was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.